IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILBERT JACKSON,

    Plaintiff,

v.

BIG LOTS STORES, INC and JOHN DOE,

    Defendant.

Civil Action
File No.:    1:20-cv-2954-LMM

## CONSENT MOTION TO SUBSTITUTE PNS STORES, INC. AS A DEFENDANT AND TO DISMISS BIG LOTS STORES, INC. WITHOUT PREJUDICE

COMES NOW Plaintiff and Defendant, by and through undersigned counsel, and moves this court to substitute PNS Stores, Inc. as a Defendant for Big Lots Stores, Inc.

The parties state PNS Stores, Inc. is the entity that owned, operated, managed, and controlled the retail store where the events alleged in Plaintiff's complaint occurred. The parties state Big Lots Stores, Inc. is not a proper party to the case, as it did not own, control, manage, or operate the subject retail store. Therefore, the parties move this court to enter an order adding or substituting PNS Stores, Inc., a necessary and proper defendant, pursuant to FRCP 19 and 25. The parties also move the court to dismiss Big Lots Stores, Inc. without prejudice since it is not a proper party. The style of the case should be amended to be Wilbert Jackson v PNS Stores, Inc., and John Doe.

PNS Stores intends to acknowledge service immediately upon the court entering an order adding it to the case. A proposed order is attached for the court's review.

This 25th day of September, 2020.

Goodman McGuffey LLP
Attorneys for Big Lots Stores, Inc.


Prepared and Consented to By:    /s/Robert E. Noble, III
ROBERT A. LUSKIN
GA State Bar No.  004383
rluskin@GM-LLP.com
ROBERT E. NOBLE, III
GA State Bar No.  261331
rnoble@GM-LLP.com
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax



NICHOLS LAW, P.C.
Attorneys for Plaintiff


Consented to by:    /s/Titus T. Nichols w/expressed permission
TITUS T. NICHOLS
Georgia Bar No. 870662
400 Galleria Parkway, SE, Suite 1500
Atlanta, Georgia 30339
Telephone: (678) 722-5311
Facsimile: (470) 632-4446
Email: Titus@nlglawyer.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

WILBERT JACKSON,

    Plaintiff,

v.

BIG LOTS STORES, INC and JOHN DOE,

    Defendant.

Civil Action
File No.:     1:20-cv-2954-LMM

---

### CERTIFICATE OF SERVICE

---

This is to certify that I electronically filed this **Consent Motion To Substitute Parties** with

the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of

such filing to the following attorneys of record:

Titus T. Nichols
Nichols Law, P.C.
Suite 1500
400 Galleria Parkway, SE,
Atlanta, Georgia 30339
titus@nlglawyer.com

This 25th day of September, 2020.

/s/Robert E. Noble, III
ROBERT E. NOBLE, III
GA State Bar No.  261331
rnoble@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax