IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILBERT JACKSON,<br><br>  Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC and JOHN DOE,<br><br>  Defendant. | Civil Action<br>File No.:    1:20-cv-2954-LMM |

**ORDER SUBSTITUTING PNS STORES, INC. AS A DEFENDANT AND DISMISSING BIG LOTS STORES, INC. WITHOUT PREJUDICE**

This Court, having reviewed the parties consent motion to substitute and dismiss defendants, does hereby GRANT it for good cause shown. PNS Stores, Inc. is hereby substituted as a defendant for Big Lots Stores, Inc. Big Lots Stores, Inc. is dismissed without prejudice. The style of the case should be amended to be Wilbert Jackson v PNS Stores, Inc., and John Doe.

So Ordered This  25th  day of September, 2020.

_____
Hon. Leigh Martin May
Judge, United States District Court